**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| REINALDO CORTEZ-MACHADO,<br>Petitioner,<br>v.<br>LUIS SOTO, et al.,<br>Respondents. | Civil Action No. 26-8142 (JXN)<br><br>**ORDER** |

**NEALS**, District Judge

**THIS MATTER** comes before the Court on Petitioner Reinaldo Cortez Machado's ("Petitioner") Petition for Writ of Habeas Corpus ("Petition") pursuant to 28 U.S.C. § 2241 (ECF No. 1.) The Court having considered the Petition and Respondents' answer (ECF No. 6); and for the reasons set forth in the accompanying Opinion,

**IT IS** on this 24th day of July 2026,

**ORDERED** that Petitioner's Petition (ECF No. 1) is **DENIED without prejudice**; and it is further

**ORDERED** that the Clerk of the Court shall serve this Order and the accompanying Opinion upon Petitioner by regular U.S. mail and **CLOSE** this case.

**JULIEN XAVIER NEALS**
**United States District Judge**